IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,                    No. C 10-01872 SI

           Plaintiff,                           **PRETRIAL PREPARATION ORDER**

  v.

HUNG VI LU,

           Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 4, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 1, 2011.

DESIGNATION OF EXPERTS: 1/7/11; REBUTTAL: n/a.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 14, 2011;

    Opp. Due January 28, 2011; Reply Due February 4, 2011;

   and set for hearing no later than February 18, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 22, 2011 at 3:30 PM.

COURT TRIAL DATE: April 4, 2011 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate for settlement purposes. The settlement conference shall occur during the 2nd or 3rd week in January 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                   _____
                                          SUSAN ILLSTON
                                          United States District Judge

**United States District Court**
For the Northern District of California