Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Hung Vi Lu, et al.,<br><br>Defendants. | CASE NO. CV 10-1872 SI<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HUNG VI LU and VAY VOONG, individually and d/b/a AFTER DARK BAR & LOUNGE |

   IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants HUNG VI LU and VAY VOONG, individually and d/b/a AFTER DARK BAR & LOUNGE, that the above-entitled action is hereby dismissed **without prejudice** against HUNG VI LUVAY VOONG, individually and d/b/a AFTER DARK BAR & LOUNGE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by April 21, 2011, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 11, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 1/14/11

LIPTON & PIPER, LLP
By: ~~Jonathan L. Piper~~  Ant Lipton
Attorneys for Defendants
Hung Vi Lu and Vay Voong, individually and d/b/a
After Dark Bar & Lounge

IT IS SO ORDERED:

_Susan Illston_
The Honorable Susan Illston
United States District Court
Northern District of California

Dated: _____

STIPULATION OF DISMISSAL
CV 10-1872 SI
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 11, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HUNG VI LU and VAY VOONG, individually and d/b/a AFTER DARK BAR & LOUNGE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Jonathan L. Piper, Esquire (Attorneys for Defendants)
LIPTON & PIPER, LLP
870 Market Street, Suite 945
San Francisco, CA 94102

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 11, 2011, at South Pasadena, California.

Dated: January 11, 2011

INESA MAMIDJANYAN